**RESNICK & LOUIS, P.C.**
Prescott Jones, Esq., SBN:  11617
Dylan E. Houston, Esq., SBN:  13697
pjones@rlattorneys.com
dhouston@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN CRAIG KOEHM, an individual<br><br>Plaintiff,<br><br>v.<br><br>GEORGII IAKUSHKIN, and individual; V LINE INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01004<br><br>**STIPULATION TO EXTEND DISCOVERY**<br>**(First Request)** |

Plaintiff AUSTIN CRAIG KOEHM ("Plaintiff"), by and through his counsel of record Donald Paradiso, Esq., of the LADAH LAW FIRM, and Defendants V-Line, Inc., and Georgii Iakushkin, by and through their counsel of record Prescott T. Jones, Esq., and Dylan E. Houston, Esq., of the law firm Resnick & Louis, P.C.,  hereby stipulate to extend the dates set forth in the operative Discovery Plan and Scheduling Order dated August 18, 2023 (ECF No. 14) by ninety (90) days in accordance with LR IA 6-1 and LR 26-3. This is the first request for an extension of the discovery deadlines.  As demonstrated herein, the parties have been moving forward diligently and cooperatively with discovery.

**I. DISCOVERY COMPLETED TO DATE**

1. The Parties have served their initial disclosures of witnesses and documents.
2. Plaintiff has served requests for production of documents and interrogatories on

1

Defendants.

3. Defendant V-Line, Inc. has served interrogatories, requests for production of documents and requests for admission to Plaintiff.

4. Defendants have requested but have yet to receive records from all of Plaintiff's medical providers.

## II. DISCOVERY TO BE COMPLETED

1. Responses to Written Discovery and additional document disclosures.

2. Additional written discovery by all parties.

3. Depositions of the Parties and treating physicians.

4. Site visit(s), and expert disclosures.

5. Expert depositions.

## III. REASONS WHY THE REMAINING DISCOVERY WAS NOT COMPLETED AND NEED FOR EXTENSION OF TIME

The parties continue to work diligently and cooperatively in their discovery efforts. However, the Parties need to conduct depositions and gather Plaintiff's medical records prior to disclosing experts. The Parties also need additional time to conduct the Deposition of Defendant Iakushkin since he is a truck driver and on the road often making scheduling a deposition hard due to unavailability. The Parties expect that the 90 day extension will allow sufficient time to complete the discovery described above.

## IV. PROPOSED REVISED DISCOVERY PLAN

**A. Summary of Proposed Changes:**

The parties hereby stipulate to continue the discovery deadlines and dispositive motions deadline set forth in the operative Discovery Plan and Scheduling Order dated August 18, 2023 (ECF No. 14) by 90-days as set forth below:

| DESCRIPTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cutoff | December 27, 2023 | March 27, 2024 |
| Deadline to Amend Pleadings and Add Parties | September 28, 2023 | December 28, 2023 |
| Initial Expert Disclosures | October 27, 2023 | January 29, 2024 |

| | | |
|---|---|---|
| Rebuttal Expert Disclosures | November 24, 2023 | February 29, 2024 |
| Deadline for the filing of dispositive motions | January 26, 2024 | April 26, 2024 |
| Deadline to file the joint pretrial order | February 23, 2024 | May 27, 2024 |

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

LADAH LAW FIRM

*/s/ Donald P. Paradiso*
_____
Ramzy P. Ladah, Esq.
Donald P. Paradiso, Esq.
517 South Third Street
Las Vegas, NV 89101
Attorneys for Plaintiff

RESNICK & LOUIS, P.C.

*/s/ Prescott T. Jones*
_____
PRESCOTT T. JONES, ESQ.
Nevada Bar No. 11617
DYLAN E. HOUSTON, ESQ.
Nevada Bar No 13697
8945 West Russell Rd, Suite 330
Las Vegas, Nevada 89148

## ORDER

The deadlines set forth in the operative Discovery Plan and Scheduling Order dated August 18, 2023 (ECF No. 14) are hereby reset as follows:

| DESCRIPTION | DEADLINE |
|---|---|
| Discovery Cutoff | March 27, 2024 |
| Deadline to Amend Pleadings and Add Parties | December 28, 2023 |
| Initial Expert Disclosures | January 29, 2024 |
| Rebuttal Expert Disclosures | February 29, 2024 |
| Deadline for the filing of dispositive motions | April 26, 2024 |
| Deadline to file the joint pretrial order | May 27, 2024 |

**IT IS SO ORDERED.**

Dated this 31st day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE