**RESNICK & LOUIS, P.C.**
Prescott Jones, Esq., SBN: 11617
Mark R. Smith, Esq., SBN: 11872
pjones@rlattorneys.com
mrsmith@rlattorneys.com
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUSTIN CRAIG KOEHM, an individual<br><br>Plaintiff,<br><br>v.<br><br>GEORGII IAKUSHKIN, and individual; V LINE INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01004<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants GEORGII IAKUSHKIN and V LINE INC (hereafter "Defendants") by and through their counsel of record, Mark R. Smith, Esq., of the law firm RESNICK & LOUIS, P.C., and Plaintiff AUSTIN CRAIG KOEHM, by and through his counsel of record, Donald P. Paradiso, Esq., of LADAH LAW FIRM, hereby stipulate that the above captioned action and any and all claims asserted by Plaintiff against Defendants in this action are hereby DISMISSED WITH PREJUDICE.

/ / /

1

1  Each party is to bear their own attorney fees, interest, and costs.

2  **IT IS SO STIPULATED.**

3  DATED this 11th day of October 2024.   DATED this 11th day of October 2024.

**RESNICK & LOUIS, P.C.**   **LADAH LAW FIRM**

*/s/ Mark R. Smith*   */s/ Donald P. Paradiso*

PRESCOTT T. JONES, ESQ.   RAMZY P. LADAH, ESQ.
Nevada Bar No. 11617   Nevada Bar No. 11405
MARK R. SMITH, ESQ.   DONALD P. PARADISO, ESQ.
Nevada Bar No. 11872   Nevada Bar No. 12845
8945 W. Russell Road, Suite 330   517 S. Third Street
Las Vegas, NV  89148   Las Vegas, NV  89101
(702) 997-3800   (702) 252-0055

*Attorneys for Defendants*   *Attorneys for Plaintiff*

### ORDER FOR DISMISSAL WITH PREJUDICE

Based upon the Parties' foregoing stipulations, the Court hereby ORDERS that this action and Plaintiff's claims herein are hereby DISMISSED WITH PREJUDICE. Each party is to bear their own attorney fees, interest, and costs.

**IT IS SO ORDERED.**

Gloria M. Navarro
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**RESNICK & LOUIS, P.C.**

*/s/ Mark R. Smith*

PRESCOTT T. JONES, ESQ.
Nevada Bar No. 11617
MARK R. SMITH, ESQ.
Nevada Bar No. 11872
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
(702) 997-3800
*Attorneys for Defendants*

2